UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05106
    TENA B LANGFORD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-9349


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/22/2007 and was not confirmed.

      The case was dismissed without confirmation 10/17/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHRYSLER FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2952.27 | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 6037.07 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4468.39 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6607.54 | .00 | .00 |
| B-REAL LLC | UNSECURED | 5794.41 | .00 | .00 |
| B-REAL LLC | UNSECURED | 4539.72 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED NOT I | NOT FILED | .00 | .00 |
| FINANCIAL FREEDOM | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 1728.10 | .00 | .00 |
| LEGAL REMEDIES CHARTERED | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 1,044.00 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 1,044.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                               1,044.00
                     ---------------    ---------------
TOTALS                  1,044.00           1,044.00



                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 05106 TENA B LANGFORD

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 02/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE